**No. 10-10997. Timoteo Upia-Frias, Petitioner v. United States.**

565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 5852.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 422 Fed. Appx. 78.